UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER DIBBLE,

     Petitioner,      Case No. 1:13-cv-292

v.              Honorable Paul L. Maloney

MARY BERGHUIS et al.,

     Respondent.
_____/

## ORDER

   In accordance with the Opinion entered this day:

   **IT IS ORDERED** that Petitioner's motion to stay the proceedings (docket #3) is

**DENIED**.

   **IT IS FURTHER ORDERED** that a certificate of appealability from the judgment

issued this date is **DENIED** because a reasonable jurist could not conclude either that the district

court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed

to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated: April 8, 2013      /s/ Paul L. Maloney
             Paul L. Maloney
             Chief United States District Judge