UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER DIBBLE,

        Petitioner,        Case No. 1:13-cv-292

v.        Honorable Paul L. Maloney

MARY BERGHUIS et al.,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:   April 8, 2013              /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge